

COLLIN
COUNTY

**Stacey Kemp**, **County Clerk**
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423
www.collincountytx.gov

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/18/2019 2:17:48 PM
LISA MATZ
Clerk

June 18, 2019

Fifth District Court of Appeals
George L. Allen, Senior Courts Building
600 Commerce Street, 2nd Floor
Dallas, TX 75202

RE:     Notice of Appeal on our File No. 004-01308-2018
Styled:   F1 Construction, Inc. v. Phillip W. Banz and Marcos Gutierrez

Dear Sir/Madam:

A Notice of Appeal was filed in our office on June 14, 2019 appealing the judgment signed on June 14, 2019. A file-stamped copy of the Notice of Appeal is attached. The Clerk's Record is due on October 12, 2019.

I appreciate your consideration in this matter; please feel free to contact me if needed.

Sincerely,



**ATTEST: STACEY KEMP, COUNTY CLERK**
Collin County, Texas
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423, METRO 972-424-1460 EXT. 6423

Signed: 6/18/2019 1:59:07 PM

Issued By: _____,Deputy
                    Debbie Crone

Electronically Filed 6/14/2019 4:07 PM
Stacey Kemp County Clerk
Collin County, Texas
By: Linda Patrizio, Deputy
Envelope ID: 34398540

**NO. 004-01308-2018**

| | | |
|---|---|---|
| **F1 CONSTRUCTION, INC.** | § | **IN THE COUNTY COURT AT LAW** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 4** |
| | § | |
| **PHILLIP W. BANZ AND MARCOS GUTIERREZ** | § | |
| | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

## <u>NOTICE OF APPEAL</u>

Plaintiff, F1 Construction, Inc., party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on June 14, 2019.

Plaintiff desires to appeal because the Court granted "death penalty" sanctions by excluding any evidence of damages due to Plaintiff's Attorney's failure to respond to Defendants' Requests for Disclosure where such disclosure was submitted in Defendants' Answers. Plaintiff's Attorney failed to notice the Request for Disclosure paragraphs included in each of the Defendants' Answers. The title of the documents did not reflect the discovery inclusion and the certificates of service did not reference the separate discovery submission made therein. Plaintiff's Attorney had no prior notice or complaint of the failure related to Defendant Gutierrez until the eve of trial by a motion to exclude; Plaintiff did respond the day the Defendant's objection was served. In the case of Defendant Banz, the objection was orally made, and the Court refused to grant Plaintiff's request to remedy the error.

This appeal is being taken to the Fifth Court of Appeals.

This notice is being filed by Maor Primo.

Respectfully submitted,

By: /s/ David L. Kane

David L. Kane
Texas Bar No. 00790996
Email: david@davidkanepc.com
5301 Village Creek Drive, Suite D
Plano, Texas 75093
Tel. (972) 665-0055
Fax. (972) 665-0100
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 14, 2019 a true and correct copy of Plaintiff's Notice of Appeal was served to each attorney of record Electronically through the Electronic Filing Manager.

/s/ David L. Kane

David L. Kane

## CAUSE NO. 004-01308-2018

| | | |
|---|---|---|
| **F1 CONSTRUCTION, INC.** | § | **IN THE COUNTY COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 4** |
| | § | |
| **PHILLIP W. BANZ AND MARCOS** | § | |
| **GUTIERREZ,** | § | |
| | § | |
| **Defendants.** | § | **COLLIN COUNTY, TEXAS** |

### FINAL JUDGMENT

On Thursday, June 6, 2019 this cause was called to trial. Plaintiff F1 Construction, Inc. ("Plaintiff") appeared, and through its attorney of record, announced ready for trial. Defendants, Marcos Gutierrez and Phillip W. Banz ("Defendants") also appeared, and through their respective attorneys of record, announced ready for trial.

The Court, after considering the matter, is of the opinion that Judgment should be entered in favor of Defendants, and that Plaintiff recover nothing of or from the Defendants.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing on each and every one of its claims against Defendants. All other relief requested and not expressly granted herein is DENIED.

This Final Judgment disposes of all claims between all parties in this Cause.

SIGNED on this ___ day of June, 2019.

Signed: 6/14/2019 11:22 AM

_____
JUDGE PRESIDING

FINAL JUDGMENT

4